**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-7056**

———————

LARRY ARNOLD YOUNG,

                    Plaintiff - Appellant,

          v.

D. THOMPSON, Correctional Officer; DURANKO, S.I.S. Technician;
D. SHAW, Lieutenant; UNKNOWN MAIL ROOM PERSONNEL; D. YOST,
I.S.O.,

                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.  John Preston Bailey,
Chief District Judge. (2:10-cv-00066-JPB-JSK)

———————

Submitted:  December 15, 2011      Decided:  December 20, 2011

———————

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Larry Arnold Young, Appellant Pro Se.   Rita R. Valdrini,
Assistant United States Attorney, Wheeling, West Virginia, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Arnold Young appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Young v. Thompson, No. 2:10-cv-00066-JPB-JSK (N.D.W. Va. July 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED